UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYREL HARRIS,<br><br>Defendant. | Case No.  9:24-PO-5078-KLD<br><br>VIOLATION: F5514475; F5439789<br><br>DISPOSITION CODE:  NF<br><br>ORDER ACCEPTING AGREEMENT FOR PRETRIAL DIVERSION |

Plaintiff's counsel, Brian Lowney, Assistant U.S. Attorney, submitted a Stipulation to the Court dated September 12, 2024, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to defer prosecution for the offenses for a period of 12 months from this date, provided Defendant abide by the conditions and the requirements as set out in the Stipulation.

IT IS HEREBY ORDERED that this case will be held in abeyance until the United States has notified the Court regarding the status of Defendant's compliance with the pretrial diversion agreement.

DATED this 13th day of September, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge